UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:09:CR:232-01

v.                                                HON. GORDON J. QUIST

DOUGLAS RAY WILLISON,

        Defendant.

_____/

## SECOND ORDER SETTING FINAL PRETRIAL OR PLEA

**IT IS HEREBY ORDERED** that a final pretrial conference or change of plea will be held on **May 12, 2010, at 3:00 PM**, in the United States District Court, Courtroom 499, Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan.  Counsel who will try this case shall appear at the final pretrial conference.  The attendance of the defendant is required unless specifically waived in writing.  **Please note if defendant decides to plea, the attorneys shall notify the Court prior to May 12, 2010**.  The parties should also note that this Court will establish its schedule and allocate its resources at the time of the final pretrial conference.  Therefore, the parties should take note of U.S.S.G. § 3E1.1(b).

All pending motions shall be heard at the time of the final pretrial conference unless otherwise notified by the Court and a trial date will be set.

**IT IS FURTHER ORDERED** that at the final pretrial conference the parties shall:

1.     Discuss any legal issues, including the Speedy Trial Act, motions in limine, or other evidentiary issues which may arise during the course of trial.

2.     Enter into stipulations of uncontested facts.

3. Submit a proposed preliminary jury instruction defining the nature of the alleged offense and the elements of that offense.

4. Disclose the identity of all expert witnesses and agree, if possible, upon the qualifications of expert witnesses.

5. Agree, if possible, upon the admissibility of exhibits. The parties shall mark their exhibits for identification prior to the final pretrial conference.

6. Advise the court of the number of witnesses expected to be called and estimated length of trial.

7. Submit proposed *voir dire* questions. During *voir dire*, the parties will not be permitted to repeat questions asked on the jury questionnaire or questions asked by the Court.

8. Review jury selection procedure.

9. Submit trial briefs and discuss legal issues which may arise at the trial.

10. Prior to the final pretrial conference, the parties shall meet and confer regarding jury instructions. At the final pretrial conference, the parties must submit a joint set of jury instructions. The parties must identify the instructions upon which they agree and disagree. The parties must also submit a brief statement of the nature of any disputes relative to the jury instructions. This Court uses the Sixth Circuit *Pattern Criminal Jury Instructions* (West Publishing).

11. If not previously made available to the other party, the government and defendant shall make available to each other at the final pretrial conference pursuant to Fed. R. Evid. 1006 all summaries which the party intends to introduce into evidence plus duplicates of the supporting documents which have been summarized.

Dated: April 20, 2010              /s/ Gordon J. Quist
                                   GORDON J. QUIST
                                   UNITED STATES DISTRICT JUDGE