UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

IN THE MATTER OF REASSIGNMENT
OF CASE NO. 1:09:CR:232
_____/

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                 Administrative Order No. __10-037__

DOUGLAS RAY WILLISON,

      Defendant.
_____/

      The above case is currently assigned to The Honorable Gordon J. Quist and Judge Quist has advised that he will be unavailable to conclude proceedings in this matter,

      **IT IS HEREBY ORDERED** that this case be reassigned to another district judge by random draw.

      **IT IS SO ORDERED**.

Dated: May 10, 2010                                   _/s/ Paul L. Maloney_____
                                                    PAUL L. MALONEY
                                                    CHIEF UNITED STATES DISTRICT JUDGE

NOTICE TO THE PARTIES FROM THE CLERK OF COURT:

This case has been reassigned to ___Judge Robert Holmes Bell_____.