United States District Court
Western District of Michigan
Southern Division

UNITED STATES OF AMERICA

v.

DOUGLAS RAY WILLISON

NOTICE

CASE NO. 1:09-CR-232

**TYPE OF CASE:**

[ ] **CIVIL**  [X] **CRIMINAL**

[X] TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Building<br>110 Michigan, N.W.<br>Grand Rapids, Michigan 49503 | Courtroom 601<br><br>**DATE AND TIME**<br>May 12, 2010 at 3:00 p.m. |

**TYPE OF PROCEEDING:**

**Final pretrial conference before Judge Robert Holmes Bell.**

ROBERT HOLMES BELL
**UNITED STATES DISTRICT JUDGE**

DATE: May 11, 2010    By:   /s/ Susan Driscoll Bourque
                             Susan Driscoll Bourque, Case Manager