UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

## MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | CASE NO.: | 1:09-CR-232 |
| Plaintiff, | ) | DATE: | May 12, 2010 |
| v. | ) | TIME: | 3:00 - 3:15 |
| | ) | PLACE: | GR |
| DOUGLAS RAY WILLISON, | ) | JUDGE: | ROBERT HOLMES BELL |
| | ) | | |
| Defendant. | ) | | |

---------------------------------

## APPEARANCES

Plaintiff

Mark Courtade

Defendant

John Smietanka (in an advisory capacity only)

## WITNESSES

## PROCEEDINGS

**NATURE OF HEARING**: Final Pretrial Conference.  Defendant made an oral motion for a continuance and waived his right to a speedy trial.  Motion granted.  Final pretrial conference continued to July 14, 2010, at 1:00 p.m.


Court Reporter:  Kevin Gaugier

/s/ Julie V. Clough
LAW CLERK