UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                                                   CASE NO. 1:09-CR-232

v.

                                                                   HON. ROBERT HOLMES BELL

DOUGLAS RAY WILLISON,

      Defendant.
      _____/

## ORDER

At a hearing on May 12, 2010, defendant stated on the record that he is in the process of obtaining new retained counsel. As such, Thomas J. Gezon and the firm of Smietanka, Buckleitner, Steffes & Gezon are relieved of service in this matter.

The Clerk of the Court shall place defendant's name and address on the docket sheet until such time as new counsel files an appearance.

                                        Douglas Ray Willison
                                        6336 North Oracle
                                        PMB 326-227
                                        Tuscon, Arizona 85704

Date:   May 14, 2010                                 /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE