UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    File No. 1:09-CR-232

    HON. ROBERT HOLMES BELL

DOUGLAS RAY WILLISON,

    Defendant.
                                                         /

## O R D E R

On May 12, 2010, Defendant Douglas Ray Willison, appearing without counsel, made an unopposed oral motion for an ends of justice continuance to enable him to obtain funds to retain counsel of his choice. Defendant waived his right to a speedy trial on the record. For the reasons stated on the record on May 12, 2010, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's unopposed oral motion for an ends of justice continuance is **GRANTED**.

**IT IS FURTHER ORDERED** that the final pretrial conference is continued to **Wednesday, July 14, 2010 at 1:00 p.m.**

Date:   May 14, 2010                           /s/ Robert Holmes Bell
                                                                             ROBERT HOLMES BELL
                                                                             UNITED STATES DISTRICT JUDGE