United States District Court
Western District of Michigan
Southern Division

UNITED STATES OF AMERICA

v.

DOUGLAS RAY WILLISON

NOTICE

CASE NO. 1:09-CR-232

**TYPE OF CASE:**

**[ ] CIVIL**           **[X] CRIMINAL**

**[X]** TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

**PLACE**

Federal Building
110 Michigan, N.W.
Grand Rapids, Michigan 49503

**ROOM NO.**
Courtroom 601

**DATE AND TIME**
July 16, 2010 at 2:30 p.m.

## TYPE OF PROCEEDING:

**The final pretrial conference is rescheduled from July 14, 2010 to July 16, 2010 at 2:30 p.m.**

ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE

/s/ Susan Driscoll Bourque
DATE:  June 23, 2010          By:     Susan Driscoll Bourque, Case Manager