Douglas Ray Willison
6336 N. Oracle Road
PMB 326-227
Tucson, Arizona 85704
502-306-1944
Pro Se

FILED - GR
July 13, 2010 1:51 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __CR__/_____ SCANNED BY ____/____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>        v.<br><br>DOUGLAS RAY WILLISON,<br><br>        Defendant. | No. 1:09-CR-232<br><br>**MOTION FOR COURT APPOINTED ATTORNEY** |

Pursuant to Defendant's Financial Affidavit, Defendant requests court appointed counsel, prior to the July 16, 2010, pretrial conference.

Dated: July 12, 2010.

_____
Douglas Ray Willison

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed on July 12, 2010, to:

Mark V. Courtade
Assistant U.S. Attorney's Office
Western District of Michigan
P.O. Box 208
Grand Rapids, MI 49501-0208

_____
Douglas Ray Willison

1